for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAWLESS, Respondent, v. MORA et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Elizabeth Lawless against Samuel H. Mora and another. No opinion. Judgment affirmed, with costs.

LAWLOR, Respondent, v. DENSMORE COMPTON CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Lillie Lawlor against the Densmore Compton Company and another. W. J. Reid, for appellants. E. W. Cushing, for respondent. No opinion. Order (60 Misc. Rep. 555, 112 N. Y. Supp. 435) affirmed, with $10 costs and disbursements. Order filed.

LAWRENCE, Appellant, v. VIOLETT, Respondent, et al. (two cases). (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Percy N. Lawrence against Atwood Violett, impleaded. L. J. Morrison, for appellant. J. H. Hammond, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

LEAVITT, Appellant, v. DE VRIES, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Abraham Leavitt against Henry De Vries. I. M. Dittenhoefer, for appellant. I. Fromme, for respondent. No opinion. Judgment and order affirmed, with costs, on opinion on former appeal. 127 App. Div. 721, 111 N. Y. Supp. 998. Order filed.

LECHTMAN, Appellant, v. SIMON, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Benjamin Lechtman against Harry Simon. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

LEERBURGER, Appellant, v. HENNESSEY REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Henry Leerburger against the Hennessey Realty Company. E. V. Abbott, for appellant. H. S. Mansfield, for respondent.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
LAUGHLIN and CLARKE, JJ., dissent.

LEFKOWITZ, Appellant, v. GILBERT, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Rosie Lefkowitz against Otto P. Gilbert. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEIPZIGER, Respondent, v. KUHNAST, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by John Leipziger against Herman Kuhnast.
PER CURIAM. Order, in so far as appealed from, affirmed, with $10 costs and disbursements, but without prejudice to an application to resettle the order by providing that the extra allowance shall not be included in the costs and disbursements to be paid, upon the ground that the case is not one for an extra allowance.

LENAHAN et al. v. FIRST NAT. BANK OF BROOKLYN et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Robert S. Lenahan and Willet E. Hoysradt, as administrators, etc., against the First National Bank of Brooklyn, N. Y., and William Van Allen, as administrator, etc.
PER CURIAM. Judgment affirmed, with costs against Van Allen, administrator, as such, in favor of the plaintiffs.
BURR, J., taking no part.

LENDEROTH, Respondent, v. GIORDANO, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Anna Lenderoth against Angelo Giordano. No opinion. Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal.

LENNEY, Respondent, v. TERRANCE, Appellant. (Supreme Court, Appellate Division, Third Department. September 15, 1909.) Action by William H. Lenney against George Terrance. No opinion. Order affirmed, with $10 costs and disbursements.

LENTINO et al., Appellants, v. LENTINO et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Giovanni Lentino and another against Vincenzo Lentino and another. No opinion. Judgment affirmed, with costs.

LESLIE v. FIREMEN'S INS. CO. et al. (Supreme Court, Appellate Division, First Department. May, 1909.) Action by Bonniford Leslie against the Firemen's Insurance Company. No opinion. Application granted. See memorandum per curiam. Settle order on notice. See, also, infra.

LESLIE, Respondent, v. FIREMEN'S INS. CO., Appellant et al. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by Bonniford Leslie against the Firemen's Insurance Company, impleaded. A. W. Veninon, for appellant. J. M. Coleman, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 60 Misc. Rep. 558, 112 N. Y. Supp. 496.

LESTER, Appellant, v. CRABTREE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.)

Action by Ida E. Lester, as administratrix, etc., against Harry Crabtree and others. No opinion. Motion to resettle order denied, without costs. See, also, 125 App. Div. 617, 110 N. Y. Supp. 55.

LEVENSON et al., Appellants, v. SACODER, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by David Levenson and another against Joseph Sacoder. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LEVEY, Respondent, v. RUBINO, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Edgar J. Levey against Eugene Rubino, impleaded. J. J. Crawford, for appellant. J. M. Stoddard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVI, Respondent, v. AMERICAN FIRE INS. CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Ernest Levi against the American Fire Insurance Company of Philadelphia. No opinion. Judgment and order affirmed, with costs.

LEVICK, Appellant, v. NIAGARA COUNTY HOME TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Anna Levick, as administratrix, etc., against the Niagara County Home Telephone Company. No opinion. Judgment and order affirmed, with costs. See, also, 52 Misc. Rep. 290, 102 N. Y. Supp. 150.

LEVIN, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Gussie M. Levin against David Davis. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

LICARI et al., Appellants, v. McMONIGLE, Respondent. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Mattie S. Licari and another against Sarah I. McMonigle. No opinion. Judgment (115 N. Y. Supp. 914) affirmed, with costs.

LINDSTRAND, Respondent, v. BOUGH, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Carl G. F. Lindstrand against John Bough. No opinion. Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal.

LONDON v. MERYASH et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Albert London against Louis Meryash and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 117 N. Y. Supp. 1.

LONG ISLAND R. CO., et al., Appellants, v. CITY OF NEW YORK, et al. Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the Long Island Railroad Company and another against the City of New York and others. No opinion. Interlocutory judgment affirmed, with costs. See, also, 126 App. Div. 477, 110 N. Y. Supp. 512.

LONG ISLAND R. CO. et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by the Long Island Railroad Company and another against the City of New York and others. No opinion. Order affirmed, with $10 costs and disbursements.

LOUGHRAN v. JORDAN L. MOTT IRON WORKS. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Thomas Loughran an infant, against the Jordan L. Mott Iron Works. No opinion. Motion granted. Settle order on notice. See, also, 122 App. Div. 595, 107 N. Y. Supp. 434.

LOZIER MOTOR CO. OF NEW YORK, Appellant, v. BALL et al., Respondents. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by the Lozier Motor Company of New York against Charles P. Ball and others. A. D. Kneeland, for appellant. T. F. Conway, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 53 Misc. Rep. 575, 104 N. Y. Supp. 771.

In re L. SCHEPP CO. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of the L. Schepp Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUCCHESE, Appellant, v. WALKER, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Guiseppe Lucchese against Joseph Walker. Paul Jones, for appellant. E. D. Flanigan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUCKES, Plaintiff, v. MESEROLE, Defendant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Gus Luckes against Archibald K. Meserole. No opinion. Motion denied, with costs. See, also, 116 N. Y. Supp. 350.

LUND, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13,

118 N.Y.S.—71